### *ABAT* vs. *SEGURA.*

APPEAL from the court of the fifth district.

MARTIN, J. delivered the opinion of the court. The defendant, sued as endorser of several notes of hand pleaded, that he was induced to endorse them by the fraud of the plaintiff; the case was submitted to a jury who found the fraud, and the plaintiff appealed.

His appeal was returned to the last term of this court and the case was remanded on a

The issue *fraud vel non* is peculiarly of the cogni- zance of the jury.

ABAT
vs.
SEGURA.

technical objection of his; vol. 5, 73. A second jury has found the fraud; and on a close examination of the evidence, we are unable to discover any ground on which the verdict of the jury should be disturbed. Questions of fraud are peculiarly of the province of the jury.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*Simon* for the plaintiff, ***Brownson*** for the defendant.